NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3143

MARIA E. URIEL,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

John D. Gates,  of El Paso, Texas, agrued for petitioner.

Matthew H. Solomson, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent.  With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Todd M. Hughes, Deputy Director.

Appealed from:  United States Merit Systems Protection Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-3143

MARIA E. URIEL,

Petitioner,

v.

OFFICE OF PERSONNEL MANAGEMENT,

Respondent.

# Judgment

ON APPEAL from the       Merit Systems Protection Board

in CASE NO(S).       DA0843060555-I-1

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (LINN, DYK, and MOORE, Circuit Judges).

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED   December 10, 2007          /s/ Jan Horbaly
                                   Jan Horbaly, Clerk